**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**
**1:25-cv-14211**

| | |
|---|---|
| STEVEN LEDESMA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| TIMOTHY J. TOUHY, | ) |
| TOUHY LAW GROUP, PC, | ) |
| JEFFREY M. BROWN, and | ) |
| LEONARD LAW GROUP, LLC | ) |
| | ) |
| Defendants. | ) |

**JOINT STATUS REPORT TO COURT**

Steven Ledesma, by counsel, Timothy J. Touhy and Touhy Law Group, PC, by counsel, and Jeffrey M. Brown and Leonard Law Group, LLC, by counsel, in accordance with the Court's March 24, 2026 Order (DE# 40), file their joint status report as follows:

1. **Initial Disclosures :**

Plaintiff submitted his initial disclosures to all Defendants on April 28, 2026.

Defendants Brown and Leonard Law Group, LLC. submitted their initial disclosures to all parties on April 30, 2026.

Counsel for Defendants Touhy and Touhy Law Group, PC has indicated that their initial disclosures will be delivered to all parties by end of business on June 24, 2026.

2. **Status of Discovery:**

Plaintiff served his Requests for Production of Documents on Defendants, and each of them, on May 19, 2026.

Defendants Brown and Leonard Law Group requested an extension of time to respond to said requests on June 15, 2026. Plaintiff has agreed to a new deadline of July 18, 2026.

3. **Status of Settlement Discussions:**

To date no settlement discussions have occurred. The parties do not yet request a judicial settlement conference.

Respectfully submitted,

*/s/ Guy S. DiMartino*
Guy S. DiMartino, 21599-45
336 W. 806 N.
Valparaiso, IN 46385
(219) 871-1234 – phone
(866) 887-3026 – fax
gsd@gsdimartino.com
Attorney for Plaintiff

*/s/Amir Tahmassebi*
Amir Tahmassebi
Konicek & Dillon, PC
70 W. Madison, Ste. 2060
Chicago, IL 60602
(312) 328-9166 – phone
(630) 262-9659 – fax
Attorneys for Touhy and Touhy Law Group, PC

*/s/Robert F. Merlo*
Robert F. Merlo
Wilson Elser
161 N. Clark St., Ste. 4500,
Chicago, IL 60601